AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Timlin, Robert J. | 2. Court or Organization<br><br>USDC/CDCa/Western Division | 3. Date of Report<br><br>May 1, 2006 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Article III Judge - Senior Status | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial ✔ Annual ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br>January 1, 2005<br>to<br>December 31, 2005 |
| 7. Chambers or Office Address<br><br>U.S. Court House<br>312 North Spring Street, Los Angeles CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Trustee | Trust #1 |
| | |
| | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ✔ NONE (No reportable agreements.) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 12/31/05 | State of California - Public Employees Retirement System, Retirement Benefits | $ 941.12 |
| 12/31/05 | State of California, Judge Retirement System, Retirement Benefits | $ 119,251.32 |
| | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| ✔ NONE (No reportable non-investment income.) | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Timlin, Robert J. | May 1, 2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|   | SOURCE | DESCRIPTION |
|---|---|---|
| ✔ | **NONE** (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|   | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ✔ | **NONE** (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|   | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ✔ | **NONE** (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| 68 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Timlin, Robert J. | May 1, 2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

The Trust listed in Part I as Trust #1 is a ███ trust of which ████████ I are co-trustees and sole beneficiaries. The assets listed in Part VII are assets of Trust #1.

The New York Life Insurance and Annuity Corporation life insurance policy was surrendered for its cash value on February 9, 2005.

Prior to 2005 the common stock in Directtv Group, Inc. Did not have a value in excess of $1,000.00.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signa ████████████████████  Date 5/2/06

NOTE: ██████████ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)